UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | ) | CASE NO. 3:19-MD-2885 |
| EARPLUG PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | INDIV. 7:21-cv-41212-MCR-GRJ |
| | ) | |
| THIS RELATES TO: | ) | |
| | ) | |
| DAVID RAMIREZ | ) | |
| v. | ) | |
| 3M COMPANY ET AL. | ) | |

## NOTICE OF DESIGNATED FORUM

The above referenced Plaintiff hereby designates his forum as the Western District of Kentucky.

*/s/ Taylor Bartlett*
Taylor Bartlett
**Heninger Garrison Davis, LLC**
2224 First Avenue North
Birmingham, AL 35213
Phone: 205.326-3336
Fax: 205-380-8085
taylor@hgdlawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I CERTIFY that this document was filed today via CM/ECF, for electronic distribution to the counsel of record in this action.

*/s/ Taylor Bartlett*
*Attorney for Plaintiff*